

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EX PARTE: GUADALUPE REYES GARCIA-ESCONTRIAS, | § | No. 08-18-00203-CR |
| | § | Appeal from the |
| Appellant. | § | 394th District Court |
| | § | of Brewster County, Texas |
| | § | (TC# 3250) |
| | § | |

**O R D E R**

The clerk's record was filed on December 5, 2018. Pursuant to Tex.R.App.P. 31.1, the Court sets the following brief schedule: Appellant's brief shall be due in this Court on or before January 11, 2019 and the State's brief shall be due no later than thirty days after the Appellant's brief is filed with this Court. A submission date will be determined at a later date and the parties will be provided with advanced notice of the setting. *See* Tex.R.App.P. 39.8.

IT IS SO ORDERED this 12th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.